# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Criminal Case No.**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**1. DANIEL ANDRES MORONES,**

    **Defendant.**

---

## INDICTMENT
### Assault on a Federal Officer or Employee, 18 U.S.C. §§ 111(a)(1) & (b)

---

The Grand Jury charges:

On or about April 20, 2009, at the Federal Correctional Institution in Florence, Colorado, in the State and District of Colorado, the defendant, DANIEL ANDRES MORONES, did intentionally forcibly assault, resist, oppose, impede and interfere with Steve Hansen, an officer and employee of the Federal Bureau of Prisons, an agency of a branch of the United States government, as designated in Title 18, United States Code, section 1114, while Steve Hansen was engaged in, and on account of, the performance of his official duties; and in the commission of said acts, the defendant did physically contact and inflict bodily injury upon Steve Hansen.

All in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

A TRUE BILL:

<u>Ink signature on file in the clerk's office</u>
FOREPERSON

DAVID M. GAOUETTE
Acting United States Attorney

By: <u>*s/Richard A. Hosley*</u>
RICHARD A. HOSLEY
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, CO 80202
303-454-0100
Fax 303-454-0403
Email: richard.hosley@usdoj.gov
Attorney for the government