UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00261-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DANIEL ANDRES MORONES,

    Defendant.

---

**ORDER**

---

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, October 5, 2009,** and responses to these motions shall be filed by **Friday, October 16, 2009.**  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Friday, October 23, 2009, at 9:00 a.m. in courtroom A-1002**  It is

FURTHER ORDERED that a 4-day jury trial is set for **Monday, October 26, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated: August 6, 2009

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Chief United States District Judge