UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00261-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DANIEL ANDRES MORONES,

    Defendant.

## ORDER REASSIGNING CASE

THIS MATTER is before the Court on Defendant's Amended Motion to Reassign and Transfer Case, filed October 21, 2009 [#32].  Upon review of the file and Defendant's motion, and with the approval of the Chief Judge, I find that this case should be and hereby is **REASSIGNED** to **District Judge John L. Kane** pursuant to D.C.Colo.LCrR 50.1(A).

    Dated:  November 2, 2009

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Chief United States District Judge