IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-00261-JLK**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**DANIEL ANDRES MORONES,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

       This matter is set for a Status Conference and Motions Hearing on **November 23, 2009 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  November 17, 2009