# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Valeri P. Barnes  Date: November 24, 2009
Court Reporter: Darlene Martinez

Criminal Case No. 09-cr-00261-JLK

UNITED STATES OF AMERICA,  Richard Hosley

    Plaintiff,

v.

DANIEL MORONES,  Michael Root

    Defendant.

## COURTROOM MINUTES

**HEARING:** Motions/Status Conference

**10:06 a.m.   Court in session**.

Defendant present; in custody.

**ORDER:**   Defendant's Amended Second Motion to Declare Case Complex or to Exclude Additional Time From Speedy Trial **(29)** is **denied**.

**ORDER:**   Speedy trial is stayed until such time as the defendant receives documents from the BOP.

**ORDER:**   Defendant remanded to the custody of the United States Marshal.

**10:22 a.m.   Court in recess/hearing concluded**.

Total in-court time: 00:22