UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 09-cr-00261-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**1.    DANIEL ANDRES MORONES,**

        Defendants.

_____

**NOTICE REGARDING STATUS OF REQUEST FOR BOP DOCUMENTS**
_____

Defendant Daniel Andres Morones, by his attorney, Michael G. Root, hereby provides notice that the government has not provided documents from the Federal Bureau of Prisons in response to his request pursuant to the Freedom of Information Act ("FOIA").

1.    On November 24, 2009, at the Motions/Status Conference, the Court considered Mr. Morones' Amended Second Motion to Declare Case Complex or to Exclude Additional Time from Speedy Trial (Doc. #29 in 09-cr-00261-JLK), and stayed speedy trial in that case until such time as the defendant receives documents from the BOP.  (Doc. #51).

2.    The documents subject to the FOIA request are necessary to the defense in this case and Mr. Morones' other pending case in this district, No. 09-cr-00301-JLK-01.

3. The defense has complied with all requirements under FOIA to obtain the requested documents from the BOP.  Despite such efforts, Mr. Morones confirms that, as of this date, the government has not provided such documents to him.

Dated:  January 5, 2010

MICHAEL G. ROOT

s/ Michael G. Root
217 East 7th Street
Denver, Colorado 80203
Telephone:  (303) 318-7181
Facsimile:  (303) 318-7182
Email:  mroot@mikerootlaw.com
*Attorney for Daniel Morones*

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on January 5, 2010, I electronically filed the foregoing **NOTICE REGARDING STATUS OF REQUEST FOR BOP DOCUMENTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Richard A. Hosley, AUSA
**Richard.Hosley@usdoj.gov**

MICHAEL G. ROOT

s/ Michael G. Root
217 East 7th Street
Denver, Colorado 80203
Telephone:  (303) 318-7181
Facsimile:  (303) 318-7182
Email:  mroot@mikerootlaw.com
*Attorney for Daniel Morones*