IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00261-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANIEL ANDRES MORONES,

    Defendant.

---

**SUPERSEDING INDICTMENT**
**Count 1 - 18 U.S.C. §§ 111(a)(1) & (b); Assault on a Federal Officer or Employee - physical contact - bodily injury**

**Count 2 - 18 U.S.C. § 111(a)(1); Assault on a Federal Officer or Employee - physical contact**

---

    The Grand Jury charges:

COUNT 1
[18 U.S.C. §§ 111(a)(1) & (b) - assault on a federal officer or employee -
physical contact - bodily injury]

    On or about April 20, 2009, at the Federal Correctional Institution (FCI) Florence, in the State and District of Colorado, the defendant, DANIEL ANDRES MORONES, did intentionally forcibly assault, resist, oppose, impede and interfere with the victim, Steve Hansen, an officer and employee of the Federal Bureau of Prisons, an agency of a branch of the United States government, as designated in Title 18, United States Code, section 1114, while Hansen was engaged in, and on account of, the performance of his official duties; and in the commission of said acts, the defendant did physically contact and inflict bodily injury upon Steve Hansen.

    All in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT 2
[18 U.S.C. §§ 111(a)(1) & (b) - assault on a federal officer or employee - physical contact]

On or about October 26, 2009, at the Federal Correctional Institution (FCI) Englewood, in the State and District of Colorado, the defendant, DANIEL ANDRES MORONES, did intentionally forcibly assault, resist, oppose, impede and interfere with the victim, Shyam Mansukhani, an officer and employee of the Federal Bureau of Prisons, an agency of a branch of the United States government, as designated in Title 18, United States Code, section 1114, while Mansukhani was engaged in, and on account of, the performance of his official duties; and in the commission of said acts, the defendant did physically contact Shyam Mansukhani.

All in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

A TRUE BILL:

Ink signature on file in the Clerk's Office
FOREPERSON

DAVID M. GAOUETTE
United States Attorney

By: *s/ Richard A. Hosley*
RICHARD A. HOSLEY
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, CO 80202
303-454-0100
Fax 303-454-0403
Email: richard.hosley@usdoj.gov
Attorney for the government