| | |
|---|---|
| DEFENDANT | **DANIEL ANDRES MORONES** |
| YOB: | 1982 |
| ADDRESS: | In custody |

COMPLAINT FILED?   _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ YES   __X__ NO

| | |
|---|---|
| OFFENSE: | Count 1 - 18 U.S.C. § 111(a)(1) & (b); Assault on a federal officer or employee - physical contact - bodily injury |
| | Count 2 - 18 U.S.C. § 111(a)(1) & (b); Assault on a federal officer or employee - physical contact |
| LOCATION OF OFFENSE: | Fremont County, CO & Jefferson County, CO |
| PENALTY: | Count 1 - NMT 20 years imprisonment; NMT $250,000 fine, or both; NMT three years supervised release; $100 special assessment |
| | Count 2 - NMT 8 years imprisonment; NMT $250,000 fine, or both; NMT three years supervised release; $100 special assessment |
| AGENT: | Kevin Young, Lieutenant, S.I.S., Federal Bureau of Prisons<br>Kenneth White, Lieutenant, S.I.S., Federal Bureau of Prisons |
| AUTHORIZED BY: | Richard A. Hosley, Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

__X__ five days or less   _____ over five days   _____ other

THE GOVERNMENT:

__X__ will seek detention in this case   _____ will not seek detention in this case

The statutory presumption of detention is not applicable to this defendant.

OCDEF CASE:   _____ Yes   __X__ No