IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE JOHN KANE PRESIDING

Criminal Case No. 09-cr-261-JLK

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL MORONES,

Defendant.

NOTICE OF RECEIPT OF FREEDOM OF INFORMATION ACT MATERIALS

Pursuant to Court request, Mr. Morones notifies the Court that the documents requested through the Freedom Of Information Act were received via mail on January 11th, 2010. They appear to be several hundred pages in length.

     s/michael root_____
Michael G. Root
Attorney for Daniel Morones
217 E. Seventh Ave.
Denver, Colorado 80203
(303)-318-7181