IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-00261-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**DANIEL ANDRES MORONES,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Status Conference set for January 28, 2010 is **VACATED AND RESET** for **January 27, 2010 at 9:30 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  January 25, 2010