IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00261-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. **DANIEL ANDRES MORONES**,

        Defendant.

---

## ORDER

---

This matter is before the Court on the United States's Motion to Amend Count 8 of the Second Superseding Indictment of the above-captioned case (doc. #126), filed October 14, 2010.

For the reasons stated below, the Government's motion is GRANTED.

1. Count 8 of the Second Superseding Indictment [Doc. No. 116] alleges the defendant assaulted a federal officer, with physical contact occurring during the assault.

2. The victim's first name in Count 8 is incorrectly spelled as "Michael." The correct spelling is "Micah." The Government has moved to amend Count 8 to reflect the correct spelling of the victim's first name.

3. The proposed amendment corrects a misnomer and typographical error. The amendment does not charge an additional or different offense, does not subject the defendant to double jeopardy, nor does it prejudice a substantial right of the defendant.

WHEREFORE, the Government's motion is GRANTED pursuant to Fed. R. Crim. P.

7(e). The name of the alleged victim in Count 8 of the Second Superseding Indictment, Document 116, shall be amended to read "Micah Morse", rather than "Michael Morse."

Dated this 14th day of October, 2010.

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
U.S. DISTRICT COURT
DISTRICT OF COLORADO