IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-00261-JLK**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**DANIEL ANDRES MORONES,**

       Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

A Final Trial Preparation Conference and Motions Hearing is set for **December 3, 2010 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. The previously scheduled date of November 3, 2010 is vacated as it remained on the docket in error.

---

Dated:  November 3, 2010