**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 09-cr-00261-JLK

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

**DANIEL ANDRES MORONES,**

      Defendant.

---

**UNITED STATES' EXHIBIT LIST**

---

      Pursuant to this Court's practice standards and trial procedures, the United States, through its representatives, John F. Walsh, United States Attorney for the District of Colorado, and Richard A. Hosley and James Hearty, Assistant United States Attorneys, hereby submits its Exhibit List in the above captioned case.

      The government reserves the right to supplement this list in advance of trial consistent with the Court's trial procedures. Additionally, the government reserves the right to present additional exhibits in rebuttal, if necessary.

Dated this 30th day of November, 2010.

        Respectfully Submitted,

        JOHN F. WALSH
        United States Attorney

        *s/Richard A. Hosley*
        RICHARD A. HOSLEY
        Assistant U.S. Attorney
        1225 Seventeenth Street, Suite 700
        Denver, Colorado  80202
        (303) 454-0100
        FAX: (303) 454-0403
        Email: richard.hosley@usdoj.gov
        Attorney for the government

        *s/James Hearty*
        JAMES HEARTY
        Assistant U.S. Attorney
        1225 Seventeenth Street, Suite 700
        Denver, Colorado  80202
        (303) 454-0100
        FAX: (303) 454-0403
        Email: James.Hearty@usdoj.gov
        Attorney for the government

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of November, 2010, I electronically filed the

foregoing **UNITED STATES' EXHIBIT LIST** with the Clerk of the Court using the CM/ECF

system which will send notification of such filing to the following e-mail addresses:

**Robert Seldis Berger**
robberger@webaccess.net,rob5189berger@yahoo.com

**Matthew Seth Connell**
mattconnell213@gmail.com

**James O. Hearty**
james.hearty@usdoj.gov,Valerie.Nielsen@usdoj.gov,USACO.ECFCriminal@usdoj.gov


                                                s/Valerie Nielsen
                                                VALERIE NIELSEN
                                                Legal Assistant
                                                U.S. Attorney's Office
                                                1225 Seventeenth Street, Suite 700
                                                Denver, Colorado 80202
                                                Telephone: (303) 454-0100
                                                Fax:   (303) 454-0406
                                                E-mail: valerie.nielsen@usdoj.gov