# UNITED STATES' EXHIBIT LIST – *United States v. Daniel Andres Morones,* 09-cr-00216-JLK

**DATE:** December 13-16, 2010

| EX NO | WITNESS/ PARTY | DESCRIPTION | STIP | OFF'D | RECEIVED | REFUSED | RULING RESERVED | COMMENTS/ OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 1 | | Video of 4/20/09 assault on Steve Hansen | | | | | | |
| 2 | | Photographs of Steve Hansen following assault | | | | | | |
| 2A | | Photograph of Steve Hansen's head and face with injuries | | | | | | |
| 2B | | Photograph of Steve Hansen's head and face with injuries | | | | | | |
| 3 | | Defendant's handwritten letter | | | | | | |
| 4 | | Video of 10/26/09 assault on Shyam Mansukhani | | | | | | |
| 5 | | Photographs of SHU cell block following 10/26/09 assault | | | | | | |
| 5A | | Photograph of floor in front of cell with fecal matter | | | | | | |
| 5B | | Photograph of floor with fecal matter | | | | | | |
| 5C | | Photograph of cell block wall with stains | | | | | | |
| 6 | | Video of 8/19/10 assault on Ismael Trujillo | | | | | | |
| 7 | | Photographs of Ismael Trujillo's clothing following assault | | | | | | |

| EX NO | WITNESS/ PARTY | DESCRIPTION | STIP | OFF'D | RECEIVED | REFUSED | RULING RESERVED | COMMENTS/ OBJECTIONS |
|---|---|---|---|---|---|---|---|---|
| 7A | | Medium range photograph of uniform shirt with stains | | | | | | |
| 7B | | Close up photograph of uniform shirt with stains | | | | | | |
| 8 | | Video of 8/19/10 assault on Use of Force officers (redacted) | | | | | | |
| 8A | | Video of 8/19/10 assault on Use of Force officers (unredacted) | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |