**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
JOHN L. KANE, SENIOR JUDGE

**Case No.:** 09-cr-00261-JLK                                    **Date:** December 13-16, 2010

**Case Title:** *United States v. Daniel Andres Morones*

**United States' Witness List**

| **Witness** | **Date(s) Testified** |
|---|---|
| Steve Hansen, BOP (will call) | December 13-14, 2010 |
| Thomas Vialpando, BOP (may call) | December 13-14, 2010 |
| Benjamin Sandoval, BOP (may call) | December 13-14, 2010 |
| Daniel Sheriff, BOP (may call) | December 13-14, 2010 |
| Jacque Brown-Eldred, BOP (will call) | December 13-14, 2010 |
| Norma Hilde, BOP (will call) | December 13-14, 2010 |
| Cedric Bradley, BOP (may call) | December 13-14, 2010 |
| Shyam Mansukhani, BOP (will call) | December 14-15, 2010 |
| Shawn Rafferty, BOP (may call) | December 14-15, 2010 |
| Ismael Trujillo, BOP (will call) | December 14-15, 2010 |
| Donny Riddle, BOP (may call) | December 14-15, 2010 |

| | |
|---|---|
| Michael Browning, BOP (will call) | December 14-15, 2010 |
| Thomas Watson, BOP (will call) | December 14-15, 2010 |
| Dominic Davis, BOP (will call) | December 14-15, 2010 |
| Micah Morse, BOP (will call) | December 14-15, 2010 |
| Jason Noel, BOP (may call) | December 14-15, 2010 |
| Angela Wagner, BOP (may call) | December 14-15, 2010 |
| Kevin Guillory, BOP (advisory witness) | December 14-15, 2010 |