IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. 09-cr-261-JLK

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.

**1.    DANIEL ANDRES MORONES,**
    Defendant.

## MINUTE ORDER

JUDGE JOHN L. KANE ORDERS

In light of the objection to the Presentence Report filed by Defendant and the Addendum/Response filed by the Probation Office, the sentencing hearing set for 10:00 a.m. on April 6, 2011 is VACATED and RESET for 10:00 a.m. on April 13, 2011.

Dated:  March 10, 2011