IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. **09-cr-00261-JLK**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. DANIEL ANDRES MORONES**,

    Defendant.

## MINUTE ORDER

Judge John L. Kane ORDERS

    This matter was tried to a jury over the course of three days, beginning on December 13, 2010. The jury returned a verdict of guilty as to all counts, and Defendant is set to appear before me for sentencing on April 13, 2011.

    For some reason, the court's electronic case filing system indicates that two of Defendant's motions have yet to be ruled on. Both of these motions, Defendant's Amended Motion for Disclosure of 404(b) Evidence (doc. 33) and his Motion to Continue Trial (doc. 121) were ruled on before the jury trial commenced. For purposes of clarification, Defendant's Amended Motion for Disclosure of 404(b) Evidence (doc. 33) was DENIED and his Motion to Continue Trial (doc. 121) was GRANTED.

DATED: March 23, 2011