IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-00261-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**DANIEL ANDRES MORONES,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion for Order to Change Sentencing Date (doc. #191), filed October 3, 2011, is **GRANTED**. The Sentencing Hearing set for November 4, 2011 is **VACATED AND RESET** for **October 21, 2011 at 2:15 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated: October 3, 2011