**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action Nos. 09-cr-00261-JLK, 09-cr-00301-JLK

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**DANIEL ANDRES MORONES,**

**Defendant.**

_____

**REPORTER'S TRANSCRIPT**
**(Status Conference)**

_____

Proceedings before the HONORABLE JOHN L. KANE, Senior Judge, United States District Court, for the District of Colorado, commencing at 2:06 p.m. on the 8th day of October, 2010, Alfred A. Arraj United States Courthouse, Denver, Colorado.

**A P P E A R A N C E S**

**FOR THE PLAINTIFF:**
RICHARD A. HOSLEY, III, U.S. Attorney's Office, 1225 17th St., Suite 700, Denver, CO 80202

**FOR THE DEFENDANT:**
ROBERT S. BERGER, Attorney at Law, P.O. Box 201088, Denver, CO 80220
MATTHEW S. CONNELL, Connell - Savela, P.C., 250 Arapahoe Ave., Suite 301, Boulder, CO 80302

1             **OCTOBER 8, 2010**

2             (Proceedings commence t 2:06 p.m.)

3             THE COURT:  Thank you very much.  Please be seated,

4    and good afternoon.

5             This is 09-cr-00301 and 09-cr-00261, United States

6    of America v. Daniel Andres Morones.  The record should

7    reflect that the defendant is here and represented, and

8    the Government is here and represented.

9             We have, Mr. Morones, a need for me to address you

10   directly in this matter, and that is that your attorney --

11   attorneys, excuse me, have moved to continue the trial

12   date on these assault cases from the November 15th through

13   the 17th for approximately 30 days.  That means you are

14   going to have to be -- you are in custody anyway, but that

15   is a delay of your trial.

16            And I want you to understand that they have filed

17   this motion, and they asked for it because of the

18   additional counts that have been filed against you that

19   you have been indicted for, and they need more time to

20   prepare and to do a little bit more investigation and some

21   legal research.  They also need some extra time to file a

22   reply brief or an answer brief to a motion that was filed

23   by the Government.

24            Now, I want you to understand that that is a delay,

25   but I think it is a necessary one.  Do you have any

1    objection to this delay?

2           THE DEFENDANT:  I have no objections to this delay,

3    Your Honor.  And I am aware of the matters we were brought

4    here today on.

5           THE COURT:  Okay.  That is wonderful.  Thank you

6    very much.

7           I have already checked and tried to clear this with

8    counsels' trial schedule; that we try this case on --

9    beginning on December the 13th at 1:30.  And then I have

10   it set for the rest of that week.  Even though it is

11   anticipated it will only take three days, I think it is

12   best to reserve the entire week.  I think it has already

13   been cleared for you.

14          Just for the record, is that agreeable?

15          MR. HOSLEY:  That is correct, Your Honor.  No

16   objection to those trial dates.

17          THE COURT:  Mr. Connell.

18          MR. CONNELL:  That's correct.  That is agreeable

19   with us.

20          THE COURT:  All right.  Now, the other trial hasn't

21   been set yet.  This is where I severed the escape count.

22   And the Government -- have you filed a motion already to

23   join that with the December trial?

24          MR. HOSLEY:  No, Your Honor.  And we discussed in

25   chambers yesterday setting this in January.

```
 1            THE COURT:  Right.  I know we did.  I was just
 2   wondering if you were going to try and have it joined or
 3   not.
 4            MR. HOSLEY:  I am not, Your Honor.  If I may
 5   explain.
 6            THE COURT:  Sure.
 7            MR. HOSLEY:  If the Court remembers, I am sure it
 8   does, the basis for the severance was that the defense has
 9   given notice of an intent to present a diminished mental
10   capacity defense.  At this time there is only notice.
11   There has never been any sort of psychiatric or
12   psychological report that supports that notice; at least
13   none has been provided to the Government.
14            We have had a discussion between counsel that they
15   would provide all their psychiatric/psychological
16   discovery to me by November 8th.
17            THE COURT:  Okay.
18            MR. HOSLEY:  If Dr. Fukitaki, who is the current
19   endorsed expert witness, decides that there is not a
20   diminished mental capacity defense that can be raised as
21   to that escape count, then the Government intends to ask
22   the Court to rejoin that to the homicide.
23            THE COURT:  All right.
24            MR. HOSLEY:  Additionally, we believe, while that
25   may be a specific intent crime; attempted escape, we
```

1   believe that the assault on a federal officer is a general

2   intent crime, where that type of evidence would not be

3   admissible and, therefore, we believe there could be a

4   confusion to the jury if, as to Count 1, there is an

5   insanity defense, and as to an escape count, there is this

6   diminished mental capacity defense, and then there is no

7   evidence allowed as to that as to the remaining counts.

8        We essentially have three different types of mental

9   states we are dealing with in a variety of testimony.

10  That is why I have not asked to join these.

11       THE COURT:  Fine.  I appreciate your explanation.

12  You and defense counsel can let me know something shortly

13  after November 8th if there is any change of status.

14       MR. HOSLEY:  Yes, sir.

15       THE COURT:  Okay.  In the meantime, then, I am

16  going to set this other count, the escape count, for trial

17  beginning on January the 18th of 2011.  I think that has

18  been cleared with your calendar and with Mr. Berger's

19  calendar, as well.

20       MR. CONNELL:  It has, Your Honor.  That is fine.

21       THE COURT:  It is good with you?

22       MR. HOSLEY:  Yes.

23       THE COURT:  Anything else we need to do this

24  afternoon?

25       MR. CONNELL:  Regarding November 8th, it is my

1    understanding we are going to give the People -- or the

2    Government the reciprocal discovery they are asking for

3    regarding our expert.  Then we agreed to respond to

4    Mr. Hosley's motion regarding whether diminished mental

5    capacity applies as to what -- also by November 8th.  It

6    was our understanding, unless the parties ask for a

7    hearing, the Court is going to rule on the briefs.

8            THE COURT:  On the briefs, right.  The other thing

9    is under the rule you filed it ex parte for expenses.  But

10   I want you to know that I signed the order to provide for

11   payment for Dr. Fukitaki, and I did that today.

12           MR. CONNELL:  Okay.

13           THE COURT:  So the order has been signed.  And you

14   can go ahead with her -- retaining her as your expert.

15           MR. CONNELL:  Okay.  Great.

16           MR. HOSLEY:  I guess the only other thing, Your

17   Honor, would be -- maybe we did this yesterday and I don't

18   remember.  Is there a final pretrial conference date that

19   is set?  Because we have 404(b) motions pending and other

20   issues.

21           MR. CONNELL:  We did not.

22           THE COURT:  The reason I asked about November 8th,

23   is because I want to wait until I see what we are doing

24   there, then we will set it.

25           MR. HOSLEY:  Okay, sir.

1          THE COURT:  It will probably be set rather quickly

2   once I find out what we are doing.

3          MR. HOSLEY:  I understand, Your Honor.

4          THE COURT:  Okay.

5          MR. CONNELL:  Okay.  Thank you very much.

6          THE COURT:  Anything else?

7          MR. CONNELL:  No.

8          THE COURT:  All right.  Thank you very much.  We

9   will be in recess.

10         (Proceedings conclude at 2:12 p.m.)

11              **R E P O R T E R ' S   C E R T I F I C A T E**

12         I, Darlene M. Martinez, Official Certified

13  shorthand Reporter for the United States District Court,

14  District of Colorado, do hereby certify that the foregoing

15  is a true and accurate transcript of the proceedings had

16  as taken stenographically by me at the time and place

17  aforementioned.

18

19         Dated this <u>10th</u> day of <u>February</u>, 2012.

20

21         _____

22         s/Darlene M. Martinez

23         RMR, CRR

24

25