IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00261-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANIEL ANDRES MORONES,

    Defendant.
_____

REPORTER'S TRANSCRIPT
Trial to Jury, Day 4
_____

Proceedings before the HONORABLE JOHN L. KANE, JR., Senior Judge, United States District Court for the District of Colorado, commencing at 10:20 a.m., on the 16th day of December, 2010, in Courtroom A802, Alfred A. Arraj United States Courthouse, Denver, Colorado.

Proceeding Reported by Mechanical Stenography, Transcription Produced via Computer by Kara Spitler, RMR, CRR, 901 19th Street, Denver, CO, 80294, (303) 623-3080

```
 1                         APPEARANCES
 2          RICHARD HOSLEY and JAMES HEARTY, Assistant United
 3  States Attorneys, 1225 17th Street, Suite 700, Denver, CO
 4  80202, for plaintiff.
 5          DANIEL MORONES, pro se.
 6          ROBERT BERGER, P.O. Box 201088, Denver, CO  80222,
 7  and MATTHEW CONNELL, Connell – Savela, P.C., 250 Arapahoe
 8  Avenue, Suite 301, Boulder, CO  80302, advisory counsel to pro
 9  se defendant.
10                      P R O C E E D I N G S
11     (In open court at 10:20 a.m.)
12          THE COURT:  Thank you.  Please bring in the jury.
13     (Jury in at 10:22 a.m.)
14          THE COURT:  Thank you very much.  Be seated.
15          I understand that you have reached a verdict.
16          Is that correct?
17          JURY FOREMAN:  Yes, Your Honor.
18          THE COURT:  Before I receive the verdict, I have a few
19  comments to make that I don't want to be confused with
20  commenting upon what your verdict is.
21          I want to thank you for your service and to point out
22  that under the system we have here, having served on this jury,
23  you're excused from further jury service until there's another
24  drawing at some other time.  But you don't have to call back
25  the number; you have completed your service.  And on behalf of
```

1  the court, the entire court, I want to thank you for your
2  service.  We are here basically to serve jurors because this is
3  your courtroom and your system and we hope that we've done
4  right by you in making this experience as acceptable as it can
5  be.  I personally understand, especially at this time of year,
6  that you have a lot of other things to do, a lot of other
7  responsibilities, and so it's -- I'm especially grateful that
8  you have served in this case and have helped us to keep the
9  administration of justice going.
10         Would you hand your verdict, please, to the courtroom
11 security officer.
12         Thank you.
13         I will read the verdicts, and then I will ask you if
14 these were and are your verdicts.
15         In the United States district court for the district
16 of Colorado, criminal case no. 09-cr-261, United States of
17 America, plaintiff, vs. Daniel Andres Morones, defendant.
18 Verdict form, count one.
19         We, the jury, upon our oaths, unanimously find the
20 defendant, Daniel Andres Morones, in count one of the second
21 superseding indictment, guilty.
22         Count two.  We, the jury, upon our oaths, unanimously
23 find the defendant, Daniel Andres Morones, in count two of the
24 second superseding indictment, guilty.
25         Count four.  We, the jury, upon our oaths, unanimously

1  find the defendant, Daniel Andres Morones, in count four of the
2  second superseding indictment, guilty.
3         Count five.  We, the jury, upon our oaths, unanimously
4  find the defendant, Daniel Andres Morones, in count five of the
5  second superseding indictment, guilty.
6         Count six.  We, the jury, upon our oaths, unanimously
7  find the defendant, Daniel Andrew Morones, in count six of the
8  second superseding indictment, guilty.
9         Count eight.  We, the jury, upon our oaths,
10 unanimously find the defendant, Daniel Andres Morones, in count
11 eight of the superseding indictment, guilty.
12        Count nine.  We, the jury, upon our oaths, unanimously
13 find the defendant, Daniel Andres Morones, in count nine of the
14 second superseding indictment, guilty.
15        Signed by the presiding juror, David Corey Powell.
16        Mr. Presiding Juror, were these and are these your
17 verdicts?
18        JURY FOREMAN:  Yes, Your Honor.
19        THE COURT:  The only thing that is missing from this
20 verdict is at the bottom, it says, Dated this blank day of
21 December, 2010.  And the date is not filled in.  I will ask you
22 to do that now.
23        To complete the reading, Dated the 16th date of
24 December.  Meaning your verdict was rendered today; is that
25 correct, Mr. Powell?

1           JURY FOREMAN:  Yes, Your Honor.
2           THE COURT:  Ladies and gentlemen of the jury, the
3  first question I have is were these and are these your
4  verdicts.
5           JURY:  Yes.
6           THE COURT:  So say all of you.
7           JURY:  Yes.
8           Do you wish to have the jury polled?
9           MR. HOSLEY:  No, Your Honor.
10          THE COURT:  Mr. Morones.
11          THE DEFENDANT:  Your Honor, I was under the
12 anticipation that under Rule 31(d) that you would *sua sponte*
13 direct the jury to be pulled, yourself.
14          THE COURT:  You want me to do that, I will.
15          THE DEFENDANT:  Yes, please, Your Honor.
16          THE COURT:  All right.
17          Lindsey Bossbrink, were these and are these your
18 verdicts?
19          JUROR:  Yes.
20          THE COURT:  Joseph Stibrich, were these and are these
21 your verdicts?
22          JUROR:  Yes.
23          THE COURT:  Rhonda Mohrbacher, were these and are
24 these your verdicts?
25          JUROR:  Yes.

```
 1              THE COURT:  Zeta Creed, were these and are these your
 2   verdicts?
 3              JUROR:  Yes.
 4              THE COURT:  Helen Quinn, were these and are these your
 5   verdicts?
 6              JUROR:  Yes.
 7              THE COURT:  Darren Everett, were these and are these
 8   your verdicts?
 9              JUROR:  Yes.
10              THE COURT:  David Corey Powell, were these and are
11   these your verdicts?
12              JURY FOREMAN:  Yes.
13              THE COURT:  Daniel A. Nordstrom, were these and are
14   these your verdicts?
15              JUROR:  Yes.
16              THE COURT:  Melanie Gleason, were these and are these
17   your verdicts?
18              JUROR:  Yes.
19              THE COURT:  Katherine Wand, were these and are these
20   your verdicts?
21              JUROR:  Yes.
22              THE COURT:  Amie Grigg, were these and are these your
23   verdicts?
24              JUROR:  Yes.
25              THE COURT:  Mark Allen Eastment, were these and are
```

```
 1  these your verdicts?
 2           JUROR:  Yes.
 3           THE COURT:  The jury has been polled; all 12 jurors
 4  have indicated that these were and are their verdicts.  The
 5  verdict is accepted by the Court.
 6           Ladies and gentlemen of the jury, you're excused from
 7  further jury service.  Thank you very much.  We will all remain
 8  in the courtroom until the jury leaves.
 9           Please stand while the jury leaves.
10           THE COURTROOM DEPUTY:  All rise.
11      (Jury out at 10:28 a.m.)
12           THE COURT:  Anything else, Mr. Hosley?
13           MR. HOSLEY:  No, Your Honor.
14           THE COURT:  Anything else, Mr. Morones?
15           THE DEFENDANT:  Your Honor, I'd like to address the
16  Court on a few things.
17           THE COURT:  All right.
18           Please be seated.
19           You may stand.  Go ahead.
20           THE DEFENDANT:  The other day I received in the mail
21  via U.S. mail at the federal correctional institution a letter
22  from the court containing documents, court documents, the court
23  minutes from our final trial conference, to be exact.  And the
24  envelopes, the envelope that the court sent in, said "official
25  business."
```

1     I'd just like to bring to the Court's attention that
2  the Bureau of Prisons, federal Bureau of Prisons, does not
3  recognize envelopes that state "official business," so I just
4  wanted to bring to the attention that there needs to be a stamp
5  on there stating, "open within presence of the inmate." Then
6  it is treated formally and correctly as legal mail. Otherwise,
7  it will be put in a social-mail basket pile and social mail
8  subject to a more scrutiny, screening, and scanning, copying,
9  and it is not confidential.
10          THE COURT: Okay.
11          THE DEFENDANT: Or private to me like it should be.
12          THE COURT: I appreciate your telling me that, and I
13 will bring that to the attention of the chief judge so that he
14 can direct the clerk's office to make sure that stamp is placed
15 on any mail going to an inmate in a correctional institution.
16          THE DEFENDANT: I'd also like to say to the Court that
17 I wish to continue -- I wish to continue to proceed *pro se*
18 forward with the trial on the 751A case, the attempted escape
19 case, and the 301 case, with all the counts.
20          I wish to make note that -- or ask the Court if they
21 can furnish me with, with a computer so I can view the
22 discovery as it tends to come in new and get all the discovery
23 put on disk format so I can view video at any time. I'd wish
24 that this computer would have the federal criminal codes that I
25 need, a Lexis-Nexis legal research application on there, access

1 for me to view video the certain videos that the Bureau of
2 Prisons has and the Government has that allow me to watch the
3 discoverable material.

4 That way to enable me to prepare for this upcoming
5 trial -- excuse me -- and the trial that's scheduled for May
6 and June. Just so I can bring my best game to the trial. This
7 is my first time doing the defense trial, this is my first time
8 being in trial. I have not done this before. And I gave it my
9 best, Your Honor. I told you that I will comply with the
10 Court's rules, I will treat everybody in the court with dignity
11 and respect. I have performed this, Your Honor.

12 THE COURT: You have done so. You have done so, and I
13 appreciate that very much.

14 THE DEFENDANT: And I plan to do this, Your Honor. I
15 take these cases seriously, Your Honor, for this is my life,
16 Your Honor, and I'm just showing the Court, despite what the
17 Government brings to exhibit or brings into the court, I can
18 conduct myself in a proper manner in this courtroom, Your
19 Honor.

20 THE COURT: All right.

21 Mr. Morones, I'm going to order a transcript of your
22 statement today, and then I'm going to examine it, and I'm
23 going to confer with your advisory counsel, and they will be
24 free to confer with the prison officials to see if there's any
25 difficulties in providing you what you've requested. I frankly

1  don't know.  But I will find out, and I'll get back to you on
2  that.  I'll treat these motions -- I'll treat these as motions
3  and ask that advisory counsel check into it for us.
4           THE DEFENDANT:  Yes, sir, Your Honor.  I ask that the
5  trial transcripts be also sent to me so I can overlook them.
6           THE COURT:  You're going to have to file, I think, a
7  motion for that.
8           THE DEFENDANT:  Will do, Your Honor.
9           THE COURT:  You're proceeding without payment of
10 costs, *in forma pauperis*, as we call it, so you can have the
11 transcript.
12          THE DEFENDANT:  I'm aware of *forma pauperis* with the
13 court clerk.
14          THE COURT:  All right.
15          THE DEFENDANT:  So will the Court accept a verbal
16 motion for appeal at this present time?
17          THE COURT:  No.  You have to file a notice, but the
18 clerk will prepare one for you at your request.
19          THE DEFENDANT:  Will do, Your Honor.
20          I'd also be -- before I sit down and have nothing else
21 to say, I'd like to address the Court.
22          There was -- during the trial, with the federal Bureau
23 of Prisons, I notice there was a lot of emotion in there, and
24 I'm going back to the federal Bureau of Prisons and I just, I
25 expect to be treated as, as if this trial didn't make any

1  changes in the way they, the way my treatment is going to be.
2  Not imposing any security or safety measures, just I don't know
3  the officers that were on the stand and under my
4  cross-examination to feel a, a hate towards me or a anger
5  towards me because I'm not feeling that way with them and
6  there's some that were on the stand that I have contact with
7  day to day, and I'm not lashing out at them or saying you're at
8  my court, I don't like you or anything of that nature.  I'm
9  keeping it professional during the atmosphere.  I feel that it
10 should be the same way.
11         THE COURT:  Well, I hope that it is.  And if it isn't,
12 you can file an action in this court for violation of any
13 rights if you are subject to abusive treatment.  My
14 anticipation is that these correctional officers are under
15 strict supervision and that they will be told to handle their
16 relationship with you in a professional manner, without any
17 kind of personal infliction of damage to you.  And I anticipate
18 that will happen.  But if it doesn't, we'll provide you with
19 the forms to initiate litigation on that.
20         THE DEFENDANT:  I anticipate, Your Honor, that I will
21 be in Colorado for a long time due to the security level that
22 I've received.
23         THE COURT:  Right.
24         THE DEFENDANT:  I will most likely be going to
25 Florence, to the complex, so there is no escaping the knowledge

1  that will be put forth present.  Everybody will know that
2  Mr. Morones was at court and he had me at court on the stand
3  and that's just the certain things that I want to address.
4          THE COURT:  All right.  Thank you very much.
5          Yes, Mr. Hosley.
6          MR. HOSLEY:  Your Honor, I just was going to ask.
7  Does the Court intend to set the sentencing through a written
8  motion, the sentencing date for this case, and I also wanted to
9  ask the Court if we should address the January 18 trial at this
10 time.
11         May I go to the podium briefly?
12         THE COURT:  Yes.
13         MR. HOSLEY:  As Mr. Morones mentioned, the escape
14 count is currently set for trial on January 18.  At the
15 pretrial conference for this case, I alerted the Court that I
16 intended to rejoin that to the homicide case since there was no
17 longer an insanity defense pending.
18         THE COURT:  Right.
19         MR. HOSLEY:  I would say if the Court denied that,
20 bluntly, we would moving to dismiss the trial on January 18 and
21 seek to introduce that evidence as 404(b) evidence in the
22 homicide trial rather than as a separate case.  So I just want
23 to alert all the parties involved and the Court that the
24 Government does not anticipate, regardless of the Court's
25 ruling, that we will actually have a trial on January 18.

1  THE COURT: I appreciate your telling me that.  We
2  have more cases than we can schedule, so I greatly appreciate
3  your telling me that.  And whatever action you choose to make,
4  file the motion and serve Mr. Morones with it.
5  MR. HOSLEY: We will, Your Honor.
6  THE COURT: All right.  Thank you.
7  We'll be in recess.
8  (Recess at 10:48 a.m.)
9  REPORTER'S CERTIFICATE
10  I certify that the foregoing is a correct transcript
11  from the record of proceedings in the above-entitled matter.
12  Dated at Denver, Colorado, this 4th day of March, 2011.
13
14                              s/Kara Spitler_____
                                Kara Spitler
15
16
17
18
19
20
21
22
23
24
25